IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL CHAD MCGILL                                                          PLAINTIFF

VS.                                      3:17CV00102-BRW-JTK

CRAIGHEAD COUNTY JAIL                                                      DEFENDANT

## JUDGMENT

Based on the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 13th day of July, 2017.


                                           /s/ Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE